

SUPPRESSED
FILED
MAY 12 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v.                        ) No. | **4:21CR00315 SRC/NCC** |
| DEMOND WILLIAMS,          ) | |
| Defendant.                ) | |

## INDICTMENT

### COUNT I
### (Sex Trafficking of a Minor)

The Grand Jury charges that:

Between on or about December 2, 2020, and on or about December 16, 2020, within the Eastern District of Missouri,

**DEMOND WILLIAMS,**

the defendant herein, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means a person, identified as Victim 1, knowing that the person had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1).

### COUNT II
### (Coercion/Enticement)

The Grand Jury further charges that:

Between on or about December 2, 2020, and on or about December 16, 2020, within the Eastern District of Missouri,

**DEMOND WILLIAMS,**

using a facility and means of interstate commerce, knowingly persuaded, induced, and enticed an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory sodomy (Mo. Rev. Stat. 566.034, 566.064).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT III
## (User in Possession)

The Grand Jury further charges that:

On or about April 14, 2021, within the Eastern District of Missouri,

**DEMOND WILLIAMS,**

the defendant herein, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess a firearm, that is, a black Walther Semi-Automatic Pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g) (3) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney